UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLA MORENO                    ,

Plaintiff(s),

v.

NEXTPATIENT, INC. et al.        ,

Defendant(s).

Case No. 3:26-cv-00597-LJC_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Sonjay C. Singh_____, an active member in good standing of the bar of Maryland_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Carla Moreno_____ in the above-entitled action. My local co-counsel in this case is Catherine E. Ybarra_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 283360_____.

745 Fifth Ave, Suite 500 New York, NY
MY ADDRESS OF RECORD

212-532-1091
MY TELEPHONE # OF RECORD

ssingh@sirillp.com
MY EMAIL ADDRESS OF RECORD

700 S. Flower St., Suite 1000, Los Angeles, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-297-3807
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cybarra@sirillp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2106150137____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2026_____                              Sonjay C. Singh_____
                                                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sonjay C. Singh_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 29, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the  fifteenth day of June, 2021,

### *Sonjay Chandi Singh*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the thirteenth day of March, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twelfth day of January, 2026.

Gregory Hilton

_____

Clerk of the Supreme Court of Maryland